# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 19, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40103   In re: Space Exploration Technologies
                  USDC No. 1:24-CV-1

Enclosed is an order entered in this case.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       *Christina Rachal*
                       By: _____
                       Christina C. Rachal, Deputy Clerk
                       504-310-7651

Mr. David P. Boehm
Mr. Michael E. Kenneally
Mr. Benjamin Storey Lyles
Mr. Nathan Ochsner