

UNITED STATES GOVERNMENT

## NATIONAL LABOR RELATIONS BOARD

## OFFICE OF THE GENERAL COUNSEL

Washington, DC  20570-0001

VIA CM/ECF

February 23, 2024

Lyle W. Cayce
Clerk of the Court
United States Court of Appeals
  for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

Re:   *In re: Space Exploration Technologies Corp.*, No. 24-40103
      Panel: Circuit Judges Elrod, Haynes, and Douglas

    This afternoon, Petitioner SpaceX filed a letter with this Court purporting to be a citation of supplemental authorities under Federal Rule of Appellate Procedure 28(j). But it cites no supplemental legal authority. Instead, Petitioner engaged in further argument, claiming that the National Labor Relations Board, et al. (Respondents) have attempted to undermine this Court's authority by contacting the United States District Court for the Central District of California.

    Respondents reject these characterizations. As reflected on the Southern District of Texas's docket, the case from which this mandamus proceeding arises was "terminated" and "transferred electronically" to the Central District of California on February 15, 2024. In addition, the administrative hearing Petitioner seeks to enjoin is now just 11 days away.

    Given these indisputable facts, the parties must, at the very least, prepare to litigate this case in the transferee court on an expedited basis—which cannot be done without docketing information. Far from pursuing an objectionable purpose, Respondents sought to take necessary steps to ensure that their legal positions on questions arising from the transfer are adequately presented. Such actions are consistent with Respondents' commitment to the swift resolution of Petitioners' injunction motion, and with the positions presented to this Court in Respondents' response to Petitioner's petition for a writ of mandamus.

    Finally and relatedly, the NLRB takes this opportunity to inform the Court that the transferee court has docketed the underlying case as 2:24-cv-01352 and has assigned it to Judge Consuelo B. Marshall.

Sincerely,

/s *David P. Boehm*

DAVID P. BOEHM<br>
*Trial Attorney*<br>
NATIONAL LABOR RELATIONS BOARD<br>
1015 Half Street, S.E.<br>
Washington, DC 20570-0001<br>
(202) 273-4202

cc: Counsel of Record (via Email)