# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 01, 2024

Mr. Nathan Ochsner
Southern District of Texas, Brownsville
United States District Court
600 E. Harrison Street
Room 1158
Brownsville, TX 78520

No. 24-40103     In re: Space Exploration Technologies
         USDC No. 1:24-CV-1

Dear Mr. Ochsner,

On Monday, February 26, this court confirmed that it still had jurisdiction over this case. In that order, we explicitly and unambiguously "directed" the district court "to immediately request that the Central District of California return the transferred case." In re Space Exploration Technologies, Corp., No. 24-40103, Order (Feb. 26, 2024). That order of this court appeared on the district court's docket that very same day (February 26). In re Space Exploration Technologies, Corp., No. 1:24-cv-1, ECF 83 (S.D. Tex. Feb. 26, 2024).

It has now been four days since that order and the Southern District has not requested that the case be returned from the Central District of California. Furthermore, the Central District of California filed an order on Tuesday February 27, stating that it did not have jurisdiction, and that it would return the case to the Southern District of Texas "upon receipt of the request" ordered by the Fifth Circuit. Space Exploration Technologies, Corp. v. Nat'l Lab. Rels. Bd., 2:24-cv-1352-CBM-AGR, ECF 103 (C.D. Cal. Feb. 27, 2024). Then on Thursday, February 29, SpaceX filed a notice to the Southern District of Texas (ECF 84) informing that court of the Central District of California's order.

Time is of the essence. This is an emergency case on our docket, and administrative proceedings against SpaceX are scheduled to begin on Tuesday, March 5, 2024. We ask the Southern District of Texas to provide for us the source of the delay and to inform us on when we can expect that the request to return the case will be made.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Christina Rachal*
Christina C. Rachal, Deputy Clerk
504-310-7651

Mr. David Paul Boehm
Ms. Catherine Lynn Eschbach
Mr. Michael E. Kenneally
Mr. Benjamin Storey Lyles
Ms. Amanda Leigh Salz
Mr. Paul A. Thomas