# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

**CORRECTED**

March 05, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40103   In re: Space Exploration Technologies
                    USDC No. 1:24-CV-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. David Paul Boehm
Ms. Catherine Lynn Eschbach
Mr. Michael E. Kenneally
Mr. Benjamin Storey Lyles
Mr. Nathan Ochsner
Ms. Amanda Leigh Salz
Mr. Paul A. Thomas