# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 5, 2024
Lyle W. Cayce
Clerk

No. 24-40103

In re Space Exploration Technologies, Corporation,

*Petitioner.*

_____

Petition for Writ of Mandamus
to the United States District Court
for the Southern District of Texas
USDC No. 1:24-CV-1

_____

Before Elrod, Haynes, and Douglas, *Circuit Judges*.

J U D G M E N T

IT IS ORDERED and ADJUDGED that the petition is DISMISSED.

IT IS FURTHER ORDERED that each party to bear its own costs on appeal.