# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 01, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40103   In re: Space Exploration Technologies
                  USDC No. 1:24-CV-1

Enclosed is an order entered in this case.


                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            *Christina Rachal*
                            By: _____
                            Christina C. Rachal, Deputy Clerk
                            504-310-7651

Mr. David Paul Boehm
Ms. Elizabeth Joan Cabraser
Ms. Catherine Lynn Eschbach
Mr. Harry Isaac Johnson III
Mr. Michael E. Kenneally
Mr. Benjamin Storey Lyles
Mr. Nathan Ochsner
Mr. Michael Rubin
Ms. Amanda Leigh Salz
Mr. Paul A. Thomas