# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 17, 2024
Lyle W. Cayce
Clerk

No. 24-40103

_____

In re Space Exploration Technologies, Corporation,

*Petitioner.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:24-CV-1

_____

UNPUBLISHED ORDER

Before Elrod, Haynes, and Douglas, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the administrative stay of the district court's order is removed.